**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-113A** **DATE: September 9, 2005**

**TITLE: USA v. ISMAEL GOMEZ**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Adi Goldstein, AUSA
Tom DeSimone, Esq.
Charleen Tryhubczak, Pretrial Services
Jose Kleinberg, Spanish Interpreter

**PROCEEDINGS:**

Initial Appearance:

Deft informed of charges and rights.
Deft understands charges and rights.
Preliminary exam scheduled for 9/13/05 at 11:00 a.m.
Govt requests detention.
Deft requests bail.
Detention hearing scheduled for 9/13/05 at 11:00 a.m.
Deft remanded to custody.